UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No. 3:25-CR-233 |
| : | |
| v.   : | |
| : | (Judge Mehalchick) |
| **KAREN MCGINNIS**, : | |
| : | |
| Defendant.   : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 666
(Embezzlement of Public Funds)

From in or about March 2023, through in or about January 2025, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**KAREN MCGINNIS**,

being an agent of a local government, that is, Fairview Township, Luzerne County, said local government receiving in the one year period beginning January 2024 benefits in excess of $10,000 under a Federal Program involving grants, contracts, subsidies, loans, guarantees, insurance, and other forms of Federal assistance, intentionally embezzled, stole, knowingly converted to her own use without

authority, and intentionally misapplied property worth at least $5,000 and owned by and under the custody of such local government, that is, in excess of approximately $400,000 of local property taxes paid to Luzerne County and the Crestwood Unified School District.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

Dated: September 5, 2025

JOHN C. GURGANUS
Acting United States Attorney

*/s/ Kyle A. Moreno*

KYLE A. MORENO
Assistant United States Attorney