UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>KAREN MCGINNIS,<br><br>                    Defendant | CRIMINAL NO. 3:24-CR-233<br><br>(MEHALCHICK, J.) |

## ORDER

**AND NOW**, on this **23rd** day of **January, 2026**, following a presentence conference with counsel via telephone, a sentencing hearing is scheduled for **Tuesday, March 17, 2026**, at **10:00 AM** in Courtroom #1 of the William J. Nealon Federal Building, 235 North Washington Avenue, Scranton, Pennsylvania.

**IT IS FURTHER ORDERED THAT:**

**1.   Sentencing Briefs, Sentencing Memoranda, and Motion for Departure or Variance from the Sentencing Guidelines.** To the extent that defense counsel is planning to file a sentencing brief, sentencing memorandum, or motion for departure or variance, the submission deadline is **February 17, 2026**. The government shall file their responsive memorandum or any other submission on or before **March 3, 2026.**

2.   **Recommendatory Letters.** All letters of recommendation on behalf of the defendant shall be sent to the probation officer for submission to the court by no later than **March 10, 2026**. Letters are not to be sent directly to the court.

**3.   Modification of Schedule.** The schedule set forth in this order may be modified by the court *sua sponte* or for good cause shown.

                                                       **BY THE COURT:**

                                                       *s/ Karoline Mehalchick*
                                                       **KAROLINE MEHALCHICK**
                                                       **United States District Judge**